# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN OLIVAS,<br><br>    Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | 1:10-CV-00897 OWW GSA HC<br><br>ORDER VACATING ORDER OF AUGUST 13, 2010, GRANTING EXTENSION OF TIME<br>[Doc. #13]<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br>[Doc. #12] |

On August 12, 2010, Respondent moved for an extension of time. On August 13, 2010, the Court issued a text order which granted the extension of time but erroneously included a provision that no further extensions would be granted without a showing of good cause.

Accordingly, the August 13, 2010, order is HEREBY VACATED. Good cause having been presented, and good cause appearing therefor, Respondent's motion for an extension of time is GRANTED and Respondent is GRANTED an extension of thirty (30) days from the date of service of this Order in which to file a response.

IT IS SO ORDERED.

Dated:   **August 16, 2010**                      **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE